## Charles R. Adams, Appellee, v. Alfred Silfen, Appellant.

**Gen. No. 44,501.**

opinion filed May 16, 1949; rehearing denied May 27, 1949; released for publication May 27, 1949. Joseph I. Bulger and Ode L. Rankin, for appellant; David Alswang, for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.

## Joseph Greenwald, Appellee, v. David R. Lidsker, Appellant.

**Gen. No. 44,553.**

opinion filed May 16, 1949; rehearing denied May 27, 1949; released for publication May 27, 1949. George A. Gordon, for appellant; Irving Goodman, of counsel; Bennett & Colbach, for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.